377 A.2d 167

Commonwealth v. Conner, Appellant.

Submitted March 16, 1977. John J. Krafsig, Jr., for appellant; Robert G. Teeter, for Commonwealth, appellee.

Order affirmed.

377 A.2d 167

Commonwealth v. Conrad, Appellant.

Submitted September 13, 1976. William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.